# UNDER SEAL

FILED
CHARLOTTE, N.C.

JUN 25 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR147 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| JOVAN MARQUELL MCLAUGLIN | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND

DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of

Indictment be sealed until the defendant has been arrested.

This the 25th day of June, 2008.

_____
UNITED STATES MAGISTRATE JUDGE