UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr147

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| JOVAN MARQUELL McLAUGHLIN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the government's motion to amend the Preliminary Order of Forfeiture, (Doc. No. 33), filed on December 16, 2009, pursuant to Fed. R. Crim. P. 32.2(c), to account for the third-party interest of J. H. Dillard. The government has represented that the subject firearm was stolen from Dillard ("claimant") and has recommended that Dillard be deemed to have filed a third-party claim to this asset.

Based on the motion, the Court finds good cause to amend the preliminary order.

**IT IS THEREFORE ORDERED** that the Preliminary Order is amended to account for the ownership interest of claimant in the following firearm, which shall be returned to claimant:

**One Kal-Tec .32 caliber pistol, serial number 72270**.

Signed: January 21, 2009

Robert J. Conrad, Jr.
Chief United States District Judge