IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CR-00147-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| JOVAN MARQUELL MCLAUGHLIN | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's pro se motion to dismiss the petition alleging he violated the terms of his supervised release. (Doc. No. 84).

The defendant is currently represented by counsel. (Appointment of Counsel, Feb. 16, 2016). Local Criminal Rule 47.1(H) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer. Additionally, the Court will determine facts related to the alleged violation at a final hearing to be scheduled by separate order; therefore, dismissal at this stage in the proceedings would be premature.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: March 9, 2016

Robert J. Conrad, Jr.
United States District Judge